UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | **CV 26-10109 FMO (AJRx)** | Date | **October 21, 2026** |
| Title | **The Art of Breaking the Internet LLC v. Nuka Enterprises, LLC, et al.** | | |

Present: The Honorable Fernando M. Olguin, United States District Judge

| | | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| | |
|---|---|
| Attorney Present for Plaintiff(s): | Attorney Present for Defendant(s): |
| None Present | None Present |

**Proceedings: (In Chambers) Order to Show Cause Re: Jurisdiction**

On September 9, 2026, plaintiff filed this action asserting state law claims. (See Dkt. 1, Complaint). Federal subject matter jurisdiction is premised on diversity jurisdiction. (See id. at ¶ 9). However, plaintiff has failed to set forth sufficient allegations for the court to determine the parties' citizenship. Accordingly, IT IS ORDERED THAT plaintiff shall file a First Amended Complaint setting forth the parties' citizenship no later than **October 28, 2026**. Failure to file a First Amended Complaint by the deadline set forth above shall be deemed as consent to the dismissal of the action without prejudice for lack of jurisdiction and/or failure to comply with a court order. See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962); Edwards v. Marin Park, Inc., 356 F.3d 1058, 1065 (9th Cir. 2004) ("The failure of the plaintiff eventually to respond to the court's ultimatum – either by amending the complaint or by indicating to the court that it will not do so – is properly met with the sanction of a Rule 41(b) dismissal."); Ferdik v. Bonzelet, 963 F.2d 1258, 1260-63 (9th Cir. 1992) (affirming dismissal for failure to file amended complaint as ordered by district court).

00 : 00

Initials of Preparer vdr